**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**DIANNE HEISSER**                                                      **CIVIL ACTION**

**VERSUS**                                                                    **NO. 09-308**

**SECURITY PLAN FIRE INSURANCE COMPANY**              **SECTION "K"(4)**

## ORDER AND REASONS

Before the Court is Security Plan Fire Insurance Company's ("Security Plan") Motion to Dismiss (Rec. Doc. 5). Plaintff Dianne Heisser has not filed a timely opposition to this motion. Moreover, the Court has been informed by Plaintiff's attorneys that they will not be filing any opposition to this motion because they are pursuing the same claims in state court. Accordingly,

**IT IS ORDERED** that Defendant Security Plan's Motion to Dismiss (Rec. Doc. 5) is **GRANTED.** Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this __23rd__ day of June, 2009.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**